CO-386-online
10/03

# United States District Court
# For the District of Columbia

DC OIL, INC.                )
                            )
                            )
                            )
              Plaintiff     )     Civil Action No._____
          vs                )
EXXONMOBIL OIL CORPORATION; )
EXXON MOBIL CORPORATION;    )
ANACOSTIA REALTY, INC.      )
                            )
              Defendant     )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __DC OIL, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __DC OIL, INC.__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

483712
BAR IDENTIFICATION NO.

James B. Astrachan
Print Name

217 E. Redwood Street, Suite 2100
Address

Baltimore, MD 21202
City        State       Zip Code

(410) 783-3550
Phone Number